

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*     FAX: 314-539-2309
*St. Louis, MO 63102*

February 24, 2021

Daniel A. Juengel
Frank, Juengel & Radefeld
7710 Carondelet Avenue, Suite 350
Clayton, MO 63105

Sent via USA File Exchange

      **RE:**    <u>**United States v. Thomas Carl Crimmins**</u>
                 Cause Number: 4:18 CR 1020 AGF

Dear Mr. Juengel:

    Please find enclosed Donya Jackson's transcript, consisting of pages Crimmins_00214 to Crimmins_00221.

                          Very truly yours,

                          SAYLER A. FLEMING
                        United States Attorney

                        *s/ Robert F. Livergood*
                        ROBERT F. LIVERGOOD
                        Assistant United States Attorney

Enclosure